| Fill in this information to identify the case: | | |
|---|---|---|
| United States Bankruptcy Court for the: <br> DISTRICT OF MARYLAND | | |
| Case number *(if known)* _____ | Chapter | 7 |

☐ Check if this is an amended filing

Official Form 201
## Voluntary Petition for Non-Individuals Filing for Bankruptcy    04/25

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

**1. Debtor's name**  
Baltimore Publik House, LLC

**2. All other names debtor used in the last 8 years**  
Include any assumed names, trade names and *doing business as* names  
DBA  Patrick's Sports Bar & Grill

**3. Debtor's federal Employer Identification Number (EIN)**  
82-4697655

**4. Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| 520 Eastern Boulevard <br> Essex, MD 21221 <br> *Number, Street, City, State & ZIP Code* | 1509 Rising Ridge Road <br> Mount Airy, MD 21771 <br> *P.O. Box, Number, Street, City, State & ZIP Code* |
| Baltimore <br> *County* | **Location of principal assets, if different from principal place of business** <br> _____ <br> *Number, Street, City, State & ZIP Code* |

**5. Debtor's website (URL)**  _____

**6. Type of debtor**  
■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))  
☐ Partnership (excluding LLP)  
☐ Other. Specify: _____

Official Form 201         Voluntary Petition for Non-Individuals Filing for Bankruptcy         page 1

| Debtor | Baltimore Publik House, LLC | Case number (*if known*) | |
|---|---|---|---|
| | Name | | |

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
☐ Railroad (as defined in 11 U.S.C. § 101(44))
☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)
☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)
☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes.

\_\_\_\_

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

■ Chapter 7
☐ Chapter 9
☐ Chapter 11. *Check **all** that apply*:

  ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,424,000 (amount subject to adjustment on 4/01/28 and every 3 years after that).
  ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).
  ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and it chooses to proceed under Subchapter V of Chapter 11.
  ☐ A plan is being filed with this petition.
  ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).
  ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the A*ttachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.
  ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
If more than 2 cases, attach a separate list.

■ No.
☐ Yes.

| District | | When | | Case number | |
|---|---|---|---|---|---|
| District | | When | | Case number | |

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

■ No
☐ Yes.

Debtor **Baltimore Publik House, LLC**     Case number (*if known*) _____
     Name

List all cases. If more than 1, attach a separate list

| | | | |
|---|---|---|---|
| Debtor _____ | | Relationship _____ | |
| District _____ | When _____ | Case number, if known _____ | |

**11. Why is the case filed in *this district*?**

*Check all that apply:*

☒ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☒ No

☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
   What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
   Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No

☐ Yes. Insurance agency _____
      Contact name _____
      Phone _____

### Statistical and administrative information

**13. Debtor's estimation of available funds**

*Check one:*

☐ Funds will be available for distribution to unsecured creditors.

☒ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

☒ 1-49     ☐ 1,000-5,000     ☐ 25,001-50,000
☐ 50-99     ☐ 5001-10,000     ☐ 50,001-100,000
☐ 100-199     ☐ 10,001-25,000     ☐ More than100,000
☐ 200-999

**15. Estimated Assets**

☒ $0 - $50,000     ☐ $1,000,001 - $10 million     ☐ $500,000,001 - $1 billion
☐ $50,001 - $100,000     ☐ $10,000,001 - $50 million     ☐ $1,000,000,001 - $10 billion
☐ $100,001 - $500,000     ☐ $50,000,001 - $100 million     ☐ $10,000,000,001 - $50 billion
☐ $500,001 - $1 million     ☐ $100,000,001 - $500 million     ☐ More than $50 billion

**16. Estimated liabilities**

☐ $0 - $50,000     ☐ $1,000,001 - $10 million     ☐ $500,000,001 - $1 billion
☐ $50,001 - $100,000     ☐ $10,000,001 - $50 million     ☐ $1,000,000,001 - $10 billion
☒ $100,001 - $500,000     ☐ $50,000,001 - $100 million     ☐ $10,000,000,001 - $50 billion
☐ $500,001 - $1 million     ☐ $100,000,001 - $500 million     ☐ More than $50 billion

Debtor **Baltimore Publik House, LLC**        Case number (*if known*)
       Name

## Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  **June 20, 2025**
            MM / DD / YYYY

X **/s/ Tina M. Dieck**                              **Tina M. Dieck**
Signature of authorized representative of debtor       Printed name

Title  **Owner**

**18. Signature of attorney**

X **/s/ Marc A. Ominsky**                          Date **June 20, 2025**
Signature of attorney for debtor                          MM / DD / YYYY

**Marc A. Ominsky**
Printed name

**Law Offices of Marc A. Ominsky**
Firm name

**5052 Dorsey Hall Drive**
**Ste 202**
**Ellicott City, MD 21042**
Number, Street, City, State & ZIP Code

Contact phone  **443-5390-8712**       Email address  **info@mdlegalfirm.com**

**13956 MD**
Bar number and State

**United States Bankruptcy Court**
**District of Maryland**

In re  **Baltimore Publik House, LLC**                                   Case No.
                         Debtor(s)                                       Chapter   **7**

# STATEMENT REGARDING AUTHORITY TO SIGN AND FILE PETITION

I, **Tina M. Dieck**, declare under penalty of perjury that I am the **Owner** of **Baltimore Publik House, LLC**, and that the following is a true and correct copy of the resolutions adopted by the Board of Directors of said corporation at a special meeting duly called and held on the **20th** day of **June,** 20**25**.

"Whereas, it is in the best interest of this corporation to file a voluntary petition in the United States Bankruptcy Court pursuant to Chapter 7 of Title 11 of the United States Code;

Be It Therefore Resolved, that **Tina M. Dieck**, **Owner** of this Corporation, is authorized and directed to execute and deliver all documents necessary to perfect the filing of a chapter **7** voluntary bankruptcy case on behalf of the corporation; and

Be It Further Resolved, that **Tina M. Dieck**, **Owner** of this Corporation is authorized and directed to appear in all bankruptcy proceedings on behalf of the corporation, and to otherwise do and perform all acts and deeds and to execute and deliver all necessary documents on behalf of the corporation in connection with such bankruptcy case, and

Be It Further Resolved, that **Tina M. Dieck**, **Owner** of this Corporation is authorized and directed to employ **Marc A. Ominsky**, attorney and the law firm of **Law Offices of Marc A. Ominsky** to represent the corporation in such bankruptcy case."

Date  **June 20, 2025**                                   Signed  **/s/ Tina M. Dieck**
                                                                  **Tina M. Dieck**

Resolution of Board of Directors
of
**Baltimore Publik House, LLC**

Whereas, it is in the best interest of this corporation to file a voluntary petition in the the United States Bankruptcy Court pursuant to Chapter **7** of Title 11 of the United States Code;

Be It Therefore Resolved, that **Tina M. Dieck**, **Owner** of this Corporation, is authorized and directed to execute and deliver all documents necessary to perfect the filing of a chapter **7** voluntary bankruptcy case on behalf of the corporation; and

Be It Further Resolved, that **Tina M. Dieck**, **Owner** of this Corporation is authorized and directed to appear in all bankruptcy proceedings on behalf of the corporation, and to otherwise do and perform all acts and deeds and to execute and deliver all necessary documents on behalf of the corporation in connection with such bankruptcy case, and

Be It Further Resolved, that **Tina M. Dieck**, **Owner** of this Corporation is authorized and directed to employ **Marc A. Ominsky**, attorney and the law firm of **Law Offices of Marc A. Ominsky** to represent the corporation in such bankruptcy case.

Date  **June 20, 2025**          Signed  **/s/Tina M. Dieck**
                                         **Tina M. Dieck, owner**

Date  **June 20, 2025**          Signed  _____

# United States Bankruptcy Court
## District of Maryland

In re **Baltimore Publik House, LLC**　　　　　　　　　　　Case No. _____
　　　　　　　　　　　Debtor(s)　　　　　　　　　　　Chapter **7**

# VERIFICATION OF CREDITOR MATRIX

I, the Owner of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date: **June 20, 2025**　　　　**/s/ Tina M. Dieck**
　　　　　　　　　　　　　　　**Tina M. Dieck**/**Owner**
　　　　　　　　　　　　　　　Signer/Title

ASCAP
250 w 57th Street
New York, NY 10107


Baltimore Gas & Electric
P.O. Box 1475
Baltimore, MD 21203


Comptroller of Maryland
Bankruptcy Unit
301 W. Preston Street, Rm 409
Baltimore, MD 21201-2396


Credit Key
145 S Fairfax Ave
2nd floor
Los Angeles, CA 90036


Forward Financing, LLC
53 State Street
20th Floor
Boston, MA 02109


Harris Fire Protection
7668 Standish Place
Derwood, MD 20855


Internal Revenue Service Small Bus
PO Box 621501
Atlanta, GA 30362


Jon Richardson & Richardson Properties
604 Orems Road
Essex, MD 21221


Leonard Bruke, LLC
621 W Kingsway Road
Middle River, MD 21220

```
Pine Heights Commercial Kitchen Service
2900 W Patapsco Avenue
Baltimore, MD 21230



SBA - US Small Bus Administration
14925 Kingsport Rd.
Fort Worth, TX 76155-2243



Waste Alternatives
PO Box 35393
Dundalk, MD 21222
```

# United States Bankruptcy Court
## District of Maryland

In re **Baltimore Publik House, LLC**  
Debtor(s)

Case No.  
Chapter **7**

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for **Baltimore Publik House, LLC** in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

**June 20, 2025**  
Date

/s/ Marc A. Ominsky  
**Marc A. Ominsky**  
Signature of Attorney or Litigant  
Counsel for **Baltimore Publik House, LLC**  
**Law Offices of Marc A. Ominsky**  
**5052 Dorsey Hall Drive**  
**Ste 202**  
**Ellicott City, MD 21042**  
**443-5390-8712 Fax:443-539-8726**  
**info@mdlegalfirm.com**